[No. 8875–8–III. Division Three. June 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN RUSSELL SHELTON, *Appellant.*

Appeal from a judgment of the Superior Court for

Franklin County, No. 87–8–50092–1, John G. Carroll, J. Pro Tem., entered September 28, 1987. *Affirmed* by unpublished per curiam opinion.